**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

OSAMA FARAH,

Petitioner,

v.

JAMES JANECKA, *et al.*,

Respondents.

Case No. 5:26-cv-04140-JWH-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Magistrate Judge determined that it was appropriate to waive the objections period because Respondents expressly declined to oppose the Petition.[1] The Court has conducted a *de novo* review of the Report and Recommendation. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED**.

3. Respondents are **DIRECTED** forthwith to release Petitioner Osama Farah (A# 202-179-331) from custody on his prior OSUP and to return any confiscated property and documents to Farah upon his release.

4. Respondents are further **DIRECTED** to refrain from re-detaining Farah without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i).

5. Respondents are further **DIRECTED** to file a notice of compliance no later than August 7, 2026.

6. The Clerk is **DIRECTED** to serve copies of this Order on Farah at the current address of record, as well as all Respondents.

**IT IS SO ORDERED.**

Dated: August 4, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

[1] Ans. [ECF No. 9] 2:6.