JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

OSAMA FARAH,
Petitioner,
v.
JAMES JANECKA, *et al.*,
Respondents.

Case No. 5:26-cv-04140-JWH-AJR

**JUDGMENT**

Pursuant to the "Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge" entered on or about August 4, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition is **GRANTED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 10, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE